# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANI-KING INTERNATIONAL, INC., a corporation organized under the laws of the State of Texas, | )<br>)<br>)<br>) |
| JANI-KING FRANCHISING, INC., a corporation organized under the laws of the State of Texas, | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| OHIO SERVICES-CLE, LLC dba JANI-KING OF CLEVELAND, a limited liability company organized under the laws of the State of Ohio, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) **Case No.:  1:20-cv-989**<br>) |
| v. | )<br>) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | )<br>)<br>) |
| and | )<br>) |
| JOVITA CARRANZA, in her official capacity as Administrator of the United States Small Business Administration, | )<br>)<br>)<br>)<br>) |
| Defendants | )<br>) |

## JOINT STATUS REPORT

Plaintiffs (Jani-King International, Inc., Jani-King Franchising, Inc., and Ohio Services-CLE, LLC dba Jani-King of Cleveland) and Defendants (the United States Small Business Administration and Jovita Carranza), by counsel, pursuant to the Court's Order of April 23, 2020, have met and conferred, and hereby report that they propose the following schedule for resolution of this matter:

2

| **Event** | **Parties' Proposal** |
|---|---|
| Plaintiffs' filing of Amended Complaint | Monday, April 27, 2020 |
| Parties' filing of dispositive motions | Monday, May 4, 2020 |
| Oppositions to dispositive motions | Monday, May 11, 2020 |
| Replies in support of dispositive motions | Wednesday, May 13, 2020 |
| Hearing on dispositive motions (subject to the Court's availability) | Friday, May 15, 2020 |

Date:  April 24, 2020

By: */s/ Michael J. Lockerby*
      Counsel

Michael J. Lockerby (D.C. Bar No. 502987)
Frank S. Murray, Jr. (D.C. Bar No. 1142916)
Jack G. Haake (D.C. Bar No. 1024798)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Sixth Floor
Washington, D.C. 20007-5143
(202) 672-5300
(202) 672-5399 (fax)

Peter L. Loh (admitted *pro hac vice*)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)

*Counsel for Plaintiffs,*
*Jani-King International, Inc.,*
*Jani-King Franchising, Inc., and*
*Ohio Services–CLE, LLC*
*dba Jani-King of Cleveland*

Respectfully submitted,

By:  */s/ James J. Gilligan*
       Counsel

JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director
ERIC WOMACK
Assistant Director

JAMES J. GILLIGAN
Special Litigation Counsel
INDRANEEL SUR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044

Telephone:  (202) 514-3358
E-mail:       James.Gilligan@usdoj.gov

*Counsel for Defendants*

2