# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANI-KING INTERNATIONAL, INC.,** a corporation organized under the laws of the State of Texas, | ) ) ) ) |
| **JANI-KING FRANCHISING, INC.,** a corporation organized under the laws of the State of Texas, | ) ) ) ) ) |
| **OHIO SERVICES-CLE, LLC** dba **JANI-KING OF CLEVELAND,** a limited liability company organized under the laws of the State of Ohio, | ) ) ) ) ) ) |
| and | ) ) |
| **A AND A ENTERPRISES, LLC** dba **JANI-KING,** a limited liability company organized under the laws of the State of Mississippi, | ) ) ) ) ) ) **Case No.: 1:20-CV-00989 (TNM)** |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION,** | ) ) ) ) |
| and | ) ) |
| **JOVITA CARRANZA,** in her official capacity as Administrator of the United States Small Business Administration, | ) ) ) ) ) |
| **Defendants** | ) ) |

## CERTIFICATE REQUIRED BY FRCP 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Plaintiffs, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Civil Rules for the U.S. District Court for the District of Columbia ("LCvR"), certify that to the best of my knowledge and belief, the following are parent

companies, subsidiaries or affiliates of Plaintiff A and A Enterprises, LLC which have any outstanding securities in the hands of the public:  There is nothing to report under Rule 7.1 of the Federal Rules of Civil Procedure and LCvR Rule 26.1  To the best of undersigned counsel's knowledge, no publicly held company owns ten percent or more of the stock of Plaintiff A and A Enterprises, LLC.  These representations are made so that judges of this Court can determine the need for recusal.

Dated:  April 27, 2020

Respectfully submitted,

JANI-KING INTERNATIONAL, INC.;
JANI-KING FRANCHISING, INC.;
OHIO SERVICES–CLE, LLC
dba JANI-KING OF CLEVELAND, and
A AND A ENTERPRISES LLC
dba JANI-KING

By: */s/ Michael J. Lockerby*
           Counsel

Michael J. Lockerby (D.C. Bar No. 502987)
Frank S. Murray, Jr. (D.C. Bar No. 1142916)
Jack G. Haake (D.C. Bar No. 1024798)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Sixth Floor
Washington, D.C. 20007-5143
(202) 672-5300
(202) 672-5399 (fax)

Peter L. Loh (*pro hac vice* to be filed)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)

*Counsel for Plaintiffs,*
*Jani-King International, Inc.,*
*Jani-King Franchising, Inc.,*
*Ohio Services–CLE, LLC*
*dba Jani-King of Cleveland, and*
*A and A Enterprises, LLC dba Jani-King*