# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANI-KING INTERNATIONAL, INC.,** *et al.* | )<br>)<br>) |
| **Plaintiffs,** | )<br>) Case No.: 1:20-CV-00989 (TNM)<br>) |
| v. | )<br>) |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION,** *et al.* | )<br>)<br>)<br>) |
| **Defendants** | )<br>) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs—Jani-King International, Inc., Jani-King Franchising, Inc., Ohio Services–CLE, LLC dba Jani-King of Cleveland, and A and A Enterprises, LLC dba Jani-King—by counsel, respectfully move for summary judgment pursuant to Fed. R. Civ. P. 56. The undisputed material facts, as set forth in the accompanying Statement of Undisputed Material Facts, entitle Plaintiffs to judgment as a matter of law for the reasons set forth in the accompanying Memorandum of Points and Authorities.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LCvR 7(f), Plaintiffs respectfully request an oral hearing on their Motion for Summary Judgment.

2

Dated:  May 4, 2020

Respectfully submitted,

JANI-KING INTERNATIONAL, INC.;
JANI-KING FRANCHISING, INC.;
OHIO SERVICES–CLE, LLC
dba JANI-KING OF CLEVELAND, and
A AND A ENTERPRISES dba JANI-KING

By:  */s/ Michael J. Lockerby*
　　　　　　　　Counsel

Michael J. Lockerby (D.C. Bar No. 502987)
Frank S. Murray, Jr. (D.C. Bar No. 452063)
Jack G. Haake (D.C. Bar No. 1024798)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Sixth Floor
Washington, D.C. 20007-5143
(202) 672-5300
(202) 672-5399 (fax)

Peter L. Loh (admitted *pro hac vice*)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)

*Counsel for Plaintiffs,*
*Jani-King International, Inc.,*
*Jani-King Franchising, Inc.,*
*Ohio Services–CLE, LLC*
*dba Jani-King of Cleveland, and*
*A and A Enterprises dba Jani-King*