UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANI-KING INTERNATIONAL, INC.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES SMALL BUSINESS ADMINISTRATION,** *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00989 (TNM) |

## ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, ECF No. 17; Defendants' Motion for Summary Judgment, ECF No. 16; the oppositions and replies thereto; oral arguments held on May 18, 2020; the status reports filed by the parties, ECF Nos. 32 and 33; and the relevant law, it is hereby:

**ORDERED** that Plaintiffs' Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; and further

**ORDERED** that Defendants' Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; and further

**ORDERED** that the above-captioned matter shall be STAYED for a period of six months (the "Stay Period"), without prejudice to the parties' rights to seek to dissolve or modify the stay before the expiration of the Stay Period or to seek to extend the duration of the Stay Period; and further

**ORDERED** that upon receipt of notification from its lender of the lender's decision on an application for loan forgiveness under 15 U.S.C. § 9005(g), each Plaintiff shall serve a notice describing such lender decision via e-mail to counsel of record for Defendants; and further

**ORDERED** that not later than 60 days after the last of Plaintiffs' notices described above, Defendant SBA shall serve via e-mail to counsel of record for Plaintiffs a notice stating whether SBA has a proposed disposition as to any remittance to each Plaintiff's lender under 15 U.S.C. § 9005(c)(3); and further

**ORDERED** that not later than 14 days after SBA's service of the notice described above, the parties shall file a Joint Status Report proposing any further proceedings in this matter, and a schedule for further disposition, if necessary; and further

**ORDERED** that, at any time during the Stay Period, if the parties agree that all issues have been resolved, the parties shall file a joint notice advising the Court that there are no further matters to resolve and requesting that the Amended Complaint in this matter be dismissed and that this case be closed.

**SO ORDERED**.

Dated: May 22, 2020

TREVOR N. McFADDEN
United States District Judge